# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| LANSING MADISON and LERNARD PHILLIPS, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO.: |
| v. | ) ) | 1:11-cv-01477-SCJ |
| ECI MANAGEMENT CORPORATION, | ) ) ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, counsel for plaintiffs Lansing Madison and Lernard Phillips ("plaintiffs") and counsel for defendant ECI Management Corporation ("defendant") hereby agree and stipulate that plaintiffs' claims against defendant in the above-captioned case are hereby **DISMISSED WITH PREJUDICE**. The parties shall bear their own costs.

Dated:  January 2, 2012.

*s/ Alan H. Garber*
Alan H. Garber
Georgia Bar No. 283840
Marc N. Garber
Georgia Bar No. 283847
**THE GARBER LAW FIRM, P.C.**
Suite 14, 4994 Lower Roswell Road
Marietta, GA  30068

1

(678) 560-6685 (telephone)
(678) 560-5067 (facsimile)
ahgarber@garberlaw.net
mngarber@garberlaw.net

**COUNSEL FOR PLAINTIFFS**

*s/ Raanon Gal*
Raanon Gal
Georgia Bar No. 100281
Ford & Harrison LLP
271 17th Street, NW
Suite 1900
Atlanta, Georgia 30363
Telephone:  404-888-3800
Facsimile:   404-888-3863
rgal@fordharrison.com

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this case.

Dated:  January 2, 2012.

*s/ Alan H. Garber*
Alan H. Garber

2